**No. 09-10579. Jonathan Giannone, Petitioner v. United States.**

560 U.S. 973, 130 S. Ct. 3429, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4833.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 360 Fed. Appx. 473.

**No. 09-10581. Lisa J. Gillard, Petitioner v. Northwestern University.**

560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4769, 

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 366 Fed. Appx. 686.

**No. 09-10585. Damon Elliott, Petitioner v. Department of Agriculture.**

560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4938, 

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 272, 596 F.3d 842.

**No. 09-10587. Robert Sartori, Petitioner v. North Carolina.**

560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4909.

June 14, 2010. Petition for writ of certiorari to the Superior Court of North Carolina, Buncombe County, denied.

**No. 09-10591. Randall D. Willis, Petitioner v. United States.**

560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4887.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 362 Fed. Appx. 531.

**No. 09-10593. Joseph Kinard, Petitioner v. United States.**

560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4877.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-10595. Yusemel Perez, Petitioner v. United States.**

560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4895.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 286.

**No. 09-10602. Michael Doyle, Petitioner v. Lou Archuleta, et al.**

560 U.S. 973, 130 S. Ct. 3431, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4905, 

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 370 Fed. Appx. 934.